*Fee paid*

**POOR QUALITY ORIGINAL**

10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

TANISHA MORROW,

*Plaintiff,*

V.

FD HOLDING LLC d/b/a FACTUAL DATA
and INNOVIS DATA SOLUTIONS, INC.,

*Defendant.*

Case: 2:25-cv-13204
Assigned To : Goldsmith, Mark A.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 10/10/2025
Description: CMP MORROW v. FD
HOLDING LLC ET AL (MC)

---

**COMPLAINT AND DEMAND FOR JURY TRIAL**

---

## I. PRELIMINARY STATEMENT

1. This is a civil action for damages brought by Plaintiff Tanisha Morrow against Defendants FD Holdings LLC d/b/a Factual Data ("Factual Data") and Innovis Data Solutions, Inc. ("Innovis") for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2. Plaintiff seeks statutory, actual, and punitive damages for Defendants' failure to provide a clear and accurate consumer file disclosure as required by 15 U.S.C. § 1681g(a)(1).

## II. JURISDICTION AND VENUE

3. Jurisdiction arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

4. Venue is proper in this District because Defendants conduct business here and the acts giving rise to this action occurred here.

## III. PARTIES

5. Plaintiff Tanisha Morrow is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c), residing in Romulus, Wayne County, Michigan.

6. Defendant FD Holdings LLC d/b/a Factual Data ("Factual Data") is a consumer reporting agency ("CRA") within the meaning of 15 U.S.C. § 1681a(f) that regularly assembles and furnishes consumer information to third parties for monetary fees. Its principal business address is 2908 Poston Avenue, Nashville, Tennessee 37203.

7. Defendant Innovis Data Solutions, Inc. ("Innovis") is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f), with a registered agent at Corporation Service Company, 1160 Dublin Road, Suite 400, Columbus, Ohio 43215.

## IV. FACTS

8. On September 1, 2025, Plaintiff sent a written request to Innovis by U.S. mail seeking a complete and accurate consumer file disclosure pursuant to 15 U.S.C. §

1681g(a)(1). Her request included her full name, current address, date of birth, and full Social Security number.

9.      Innovis received the request and responded on September 10, 2025 by sending a file disclosure to Plaintiff. However, the disclosure was not clear or accurate and withheld key information.

10.     The Innovis disclosure contained accounts for Genisys Credit Union (incomplete account numbers 0200), Navy Federal Credit Union (partial account 1369), SYNCB/Care Credit (partial account 6692), and SYNCB/Value City Furniture (partial account 4665). These items were incomplete and lacked the truthfulness and completeness required under the FCRA.

11.     The incomplete account numbers rendered the disclosure confusing and unclear, preventing Plaintiff from determining whether the accounts belonged to her and hindering her ability to dispute any inaccurate information.

12.     By failing to provide a clear and accurate disclosure of all information in her file, Innovis violated 15 U.S.C. § 1681g(a)(1).

13.     Also on September 1, 2025, Plaintiff sent a separate written request to Factual Data for a consumer file disclosure under the same statute.

14.     Plaintiff has never received any response from Factual Data. The company failed to provide a disclosure of any kind, thereby preventing Plaintiff from knowing what information was in her file and from reviewing it for accuracy.

15.     As a result of Defendants' violations, Plaintiff has experienced confusion, frustration, and emotional distress, and has been deprived of her statutory right to access the information in her consumer files.

## V. CLAIMS FOR RELIEF

### COUNT I – VIOLATION OF 15 U.S.C. § 1681g(a)(1)

### (AGAINST INNOVIS)

16.     Plaintiff realleges and incorporates the foregoing paragraphs as if fully set forth herein.

17.     Under 15 U.S.C. § 1681g(a)(1), a consumer reporting agency must clearly and accurately disclose to a consumer "all information in the consumer's file at the time of the request.

18.     Innovis failed to disclose all information in Plaintiff's file and instead provided an unclear and incomplete disclosure that omitted or truncated account identifiers and numbers.

19. This failure violated Plaintiff's rights under § 1681g(a)(1).

20. As a direct and proximate result, Plaintiff suffered emotional distress, confusion, and inability to verify or dispute information in her file.

21. Innovis's actions were negligent and/or willful under 15 U.S.C. §§ 1681n and 1681o, entitling Plaintiff to actual, statutory, and punitive damages, and costs of this action.

## COUNT II – VIOLATION OF 15 U.S.C. § 1681g(a)(1)

### (AGAINST FACTUAL DATA)

22. Plaintiff realleges and incorporates the foregoing paragraphs.

23. Factual Data received Plaintiff's proper consumer file request on or about September 1, 2025 but failed to provide any response or file disclosure.

24. By failing to disclose "all information in the consumer's file at the time of the request," Factual Data violated 15 U.S.C. § 1681g(a)(1).

25. As a result, Plaintiff was prevented from reviewing the information Factual Data maintained about her and from checking for errors or inaccuracies.

26. Factual Data's conduct was negligent and/or willful, entitling Plaintiff to recover actual and statutory damages, punitive damages, and the costs of this action pursuant to 15 U.S.C. §§ 1681n and 1681o.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Tanisha Morrow respectfully requests that this Court enter judgment in her favor and against Defendants FD Holdings LLC d/b/a Factual Data and Innovis Data Solutions, Inc., and award the following relief:

A. Actual damages in an amount to be determined at trial under 15 U.S.C. § 1681o;

B. Statutory damages of not less than $100 and not more than $1,000 for each willful violation under 15 U.S.C. § 1681n(a)(1)(A);

C. Punitive damages in an amount to be determined by the Court or jury under 15 U.S.C. § 1681n(a)(2);

D. The costs of this action and any other relief the Court deems just and proper.

## VII. DEMAND FOR JURY TRIAL

**Plaintiff demands a trial by jury on all issues so triable.**

Respectfully submitted,

/s/ Tanisha Morrow

36213 Oregon Ave

Westland, MI 48186

Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Complaint and Demand for Jury Trial was filed with the Clerk of Court for the United States District Court for the Eastern District of Michigan and will be served on all entitled parties pursuant to the applicable rules.

Respectfully submitted,

Date October 6th 2025

/s/ Tanisha Morrow     *Tanisha Morrow*

36213 Oregon Ave

Westland, MI 48186

Plaintiff, Pro Se

Email: morrowtanisha644@gmail.com

JS 44 (Rev. 10/20)    **CIVIL COVER SHEET**    County in which action arose: _____

FEE PAID

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
TANISHA MORROW

**DEFENDANTS**
FD HOLDING LLC d/b/a FACTUAL DATA
and INNOVIS DATA SOLUTIONS, INC.,

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [X] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of the Fair Credit Reporting Act 1681g(a)(1)
Brief description of cause:
Innovis failed to provide a clear and accurate disclosure factual data failed to provide any disclosure

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US District Court
   231 W Lafayette Blvd 5th Floor
   Detroit MI    Clerk Office
   48226

   9590 9402 8780 4005 8267 12

2. Article Number (Transfer from service label)

   9 0710 5270 3117 6183 49

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  M Chujanyk
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   10/10/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

FILED
OCT 10 2025
CLERK'S OFFICE
DETROIT

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 8780 4005 8267 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Tanisha Morrow
36213 Oregon Ave
Westland MI 48186

FILED
OCT 10 2025
CLERK'S OFFICE
DETROIT

